■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WIESE, Appellant. — Judgment, Supreme Court, Bronx County (Duncan McNab, J.), rendered on January 13, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Bloom, Milonas and Alexander, JJ.

■ JAMES DOWDY et al. v LARRY DEGIACOMO et al. — Motion for an enlargement of time to perfect the appeal denied, and the appeal *sua sponte* dismissed, without prejudice to the filing of a notice of appeal from a properly entered order, as no appeal may be taken from a memorandum decision. (See *Haftel v Appleton,* 21 AD2d 651.) Concur — Murphy, P. J., Sandler, Fein, Milonas and Kassal, JJ.

■ In the Matter of LEONARD S. SIEGEL, an Attorney. — Motion for resettlement denied. Concur — Ross, J. P., Silverman, Fein, Milonas and Alexander, JJ.